IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KENNETH LEE JOHNSON,<br><br>                Defendant. | 4:15-CR-3059<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Uncontested Motion to Continue Sentencing Hearing (filing 58) is granted.

2. Defendant Kenneth Lee Johnson's sentencing is continued to February 11, 2016, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 15th day of October, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge