IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:15CR3059** |
| vs. | |
| KENNETH LEE JOHNSON, | **ORDER** |
| Defendants. | |

IT IS ORDERED:

1)    Defendant's motion to review detention, (Filing No. 176), is granted.

2)    Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> Upon successful completion of treatment at Touchstone, currently scheduled for October 24, 2019, the defendant shall be released to reside at Houses of Hope in Lincoln, Nebraska The defendant shall fully comply with the requirements of any ongoing treatment plan and shall comply with all rules of the Houses of Hope facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer.  In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

Dated this 21st day of October, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge