IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:15CR3059** |
| vs. | |
| KENNETH LEE JOHNSON, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 178) is granted.

2. Defendant Kenneth Lee Johnson's violation of supervised release hearing is continued to March 20, 2020, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 27th day of November, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge