IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3059 |
| vs. | ORDER |
| KENNETH LEE JOHNSON, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 207) is granted.

2. The operative petition for offender under supervision (filing 161) is dismissed.

3. The December 4, 2020 hearing is cancelled.

Dated this 19th day of November, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge